**Order entered January 13, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01183-CV

## IN THE INTEREST OF D.J., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56625-2020**

## ORDER

Before the Court is appellant's motion for extension of time to file his brief, which is currently due February 8, 2023. Appellant seeks a thirty-day extension and explains the extension is necessary "mainly" because the trial court has not filed findings of fact and conclusions of law as requested.

We note the appealed judgment was signed October 8, 2022, and the online docket sheet reflects the findings and conclusions were requested January 11, 2023. Under Texas Rules of Civil Procedure 296 and 297, a trial court is not required to file findings of fact and conclusions of law unless the request is filed within twenty days of the date of judgment. *See* TEX. R. CIV. P. 296, 297.

Accordingly, to the extent appellant seeks an extension to allow the trial court to file findings and conclusions, we **DENY** the motion. We **GRANT** the motion to the extent an extension is otherwise necessary and **ORDER** the brief be filed no later than March 10, 2023.

/s/　KEN MOLBERG
　　　JUSTICE